UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF: JANETTE COSS ) CHAPTER 13
) 
) CASE NO. 21-
)
)

AFFIDAVIT REGARDING CHANGE IN CIRCUMSTANCES

State of Illinois )
)
County of COOK )

The Debtor, Janette Coss, in the above captioned case being duly sworn upon oath, deposes and states as follows:

1. I filed a previous Chapter 13, case number 20-18699, on 10/15/2020.
2. During my prior case, I had difficulty making payment online and I didn't pay in February 2021 after I'd made my first three.
3. At that time I believed that if I missed a single payment my case would be dismissed—so I didn't make subsequent payments.
4. I now know that a late or missed payment doesn't instantly lead to dismissal of my case.
5. By the time I became aware of my default, it was definitely too late for me to catch up.
6. My case was dismissed on 05/27/2021 for nonpayment.
7. I now know that I need to communicate with my attorneys if I have any issues at all in my case.
8. I know how to make online payments to the Trustee in this current case.
9. I can afford to make my monthly payments and I want to succeed.
10. I've had a positive change in circumstances since the dismissal of my last case and this case is being filed in good faith.

By signing this affidavit, we acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to permit the Automatic Stay in our case to be extended.

FURTHER AFFIANT SAYETH NOT:

_____
Janette Coss

Subscribed and sworn to before me this 18th day of August, 20 21.

_____
Notary Public

My Commission Expires: April 11, 20 23

**OFFICIAL SEAL**
**JOHN MADISON SADLER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES APR. 11, 2023