**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION A**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JANETTE COSS, | |
| | CASE NO. 21-09852 |
| DEBTOR | JUDGE: Timothy A. Barnes |

**NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn O Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604
Scott Greenwood, Geraci Law L.L.C., 55 E. Monroe # 3400, Chicago, IL 60603
**Notified via US Postal Service**
Janette Coss, 2507 Park Ave, N Riverside, IL 60546

Please take notice that on the 2nd day of December, 2021 at the hour of 1:30 pm or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Timothy A. Barnes or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 329 5276** and the password is **433658**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be served upon the following on November 15, 2021:

Respectfully Submitted,

/s/ Michael N. Burke

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
19-090643

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn O Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604
Scott Greenwood, Geraci Law L.L.C., 55 E. Monroe # 3400, Chicago, IL 60603
**Notified via US Postal Service**
Janette Coss, 2507 Park Ave, N Riverside, IL 60546

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION A**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JANETTE COSS, | |
| | CASE NO. 21-09852 |
| DEBTOR | JUDGE: Timothy A. Barnes |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE**

NOW COMES the Movant, Carrington Mortgage Services, LLC, by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. On August 23, 2021, the above-named Debtor filed a Petition pursuant to 11 USC § 1301, et. seq. and a Plan which has not been confirmed.

2. A material term of said plan called for the Debtor to make post-petition monthly mortgage payments through the Office of the Chapter 13 Trustee commencing with the installment that came due on September 1, 2021.

3. Notwithstanding said material term, said post-petition mortgage payments are in default in the amount of $5,870.64 through November 4, 2021:

| | | |
|---|---|---:|
| 9/1/2021 - 11/1/2021 monthly payments at $1,956.88 each | = $ | 5,870.64 |
| TOTAL | = $ | 5,870.64 |

4. By failing to make current mortgage payments, the Debtor had failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5. That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6.      This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

7.      For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, Carrington Mortgage Services, LLC, moves this Honorable Court to modify the automatic stay to allow Carrington Mortgage Services, LLC to foreclose the mortgage on the property located at: 2507 Park Avenue, North Riverside, IL 60546 and that Federal Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

Respectfully submitted,

/s/ Michael N. Burke
Attorney for Carrington Mortgage Services, LLC

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
19-090643

**The firm of LOGS Legal Group LLP is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION A

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JANETTE COSS, | CASE NO. 21-09852 |
| DEBTOR | JUDGE: Timothy A. Barnes |

### ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the Motion of the Movant, Carrington Mortgage Services, LLC, the Court having jurisdiction and being advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow Carrington Mortgage Services, LLC to foreclose the mortgage on the property located at: 2507 Park Avenue, North Riverside, IL 60546.

2. That any claims or stipulations previously filed providing for the payment of current mortgage payments or for the payment of pre-petition arrearages to Carrington Mortgage Services, LLC in connection with the subject real property are withdrawn as to any unpaid portion thereof for the purposes of these proceedings only.